# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-663-305

**Effective date of
registration:**

February 4, 2013

## Title

Title of Work: THE NECESSARY DEATH OF CHARLIE COUNTRYMAN

Nature of Work: MOTION PICTURE

## Completion/Publication

Year of Completion: 2013

## Author

Author: COUNTRYMAN NEVADA, LLC

Work made for hire: Yes

Citizen of: United States

Anonymous: No          Pseudonymous: No

## Copyright claimant

Copyright Claimant: COUNTRYMAN NEVADA, LLC

6422 DEEP DELL PLACE, LOS ANGELES, CA, 90068

## Limitation of copyright claim

Material excluded from this claim: A SCREENPLAY

Previously registered: Yes

Previous registration and year: TXu 1-808-502   2012

New material included in claim: ADDED PRINCIPAL PHOTOGRAPHY, MUSIC, SOUND AND VISUAL
EFFECTS, DIALOGUE, ETC

## Certification

Name: NICOLAS CHARTIER

Date: January 23, 2013

# EXHIBIT B

| No | IP | HitDate UTC (mm/dd/yy) | File Name | File Hash | ISP | Region | City |
|---|---|---|---|---|---|---|---|
| 1 | 50.45.109.241 | 2/10/14 12:05:54 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Frontier Communications | Illinois | Mendota |
| 2 | 98.213.253.70 | 2/9/14 08:11:01 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Rockford |
| 3 | 71.239.98.182 | 2/3/14 06:15:59 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Palatine |
| 4 | 98.253.215.244 | 1/30/14 06:02:45 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Skokie |
| 5 | 76.16.184.190 | 1/28/14 09:42:58 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Evergreen Park |
| 6 | 50.158.237.153 | 1/28/14 06:34:20 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Elmhurst |
| 7 | 98.227.226.204 | 1/27/14 05:17:16 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Berwyn |
| 8 | 67.174.8.37 | 1/27/14 01:58:45 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Elmwood Park |
| 9 | 24.14.95.207 | 1/26/14 11:13:08 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Oak Park |
| 10 | 67.186.92.205 | 1/26/14 01:16:01 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Carol Stream |
| 11 | 50.179.172.125 | 1/26/14 03:49:27 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Chicago |
| 12 | 67.163.22.110 | 1/25/14 07:27:26 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Waukegan |
| 13 | 98.213.82.25 | 1/24/14 01:13:19 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Chicago |
| 14 | 98.228.215.182 | 1/23/14 03:20:21 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Arlington Heights |
| 15 | 50.148.123.105 | 1/23/14 05:08:51 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Chicago |
| 16 | 98.213.255.44 | 1/22/14 08:44:00 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Rockford |
| 17 | 50.151.238.64 | 1/22/14 03:30:24 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Joliet |
| 18 | 67.149.54.243 | 1/22/14 12:10:26 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | WideOpenWest | Illinois | Chicago Heights |
| 19 | 71.201.83.187 | 1/22/14 12:34:20 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Wheeling |
| 20 | 67.176.211.133 | 1/21/14 05:00:59 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Rockford |
| 21 | 69.245.241.157 | 1/21/14 04:47:39 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Chicago |
| 22 | 173.161.46.53 | 1/15/14 09:05:45 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Business Communications | Illinois | Libertyville |
| 23 | 50.198.16.166 | 1/14/14 05:22:01 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Chicago |
| 24 | 50.129.141.232 | 1/14/14 05:15:25 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Mchenry |
| 25 | 50.179.221.254 | 1/13/14 08:28:52 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Chicago Heights |
| 26 | 24.15.86.143 | 1/11/14 05:38:17 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Wheaton |
| 27 | 50.103.19.131 | 1/9/14 02:46:10 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Frontier Communications | Illinois | Belvidere |
| 28 | 98.226.36.136 | 1/9/14 01:41:34 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Streamwood |
| 29 | 76.16.225.108 | 1/9/14 01:27:27 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Chicago |
| 30 | 67.175.28.238 | 1/8/14 11:02:28 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Lansing |
| 31 | 69.47.221.81 | 1/8/14 07:06:15 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | WideOpenWest | Illinois | Des Plaines |
| 32 | 24.15.23.111 | 1/8/14 05:30:24 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Chicago |
| 33 | 50.179.154.199 | 1/7/14 08:29:37 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Rockford |
| 34 | 98.223.165.228 | 1/7/14 07:09:36 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Bloomingdale |
| 35 | 68.51.84.150 | 1/7/14 03:29:42 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Lake Villa |
| 36 | 67.184.237.234 | 1/5/14 10:11:12 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Grayslake |
| 37 | 50.178.120.255 | 1/5/14 02:24:52 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Winnetka |
| 38 | 50.158.24.41 | 1/5/14 02:14:01 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Cicero |
| 39 | 24.13.6.250 | 1/5/14 12:15:42 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Chicago |
| 40 | 24.15.162.130 | 1/4/14 05:15:47 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Plainfield |
| 41 | 98.227.107.77 | 1/4/14 03:02:07 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Chicago |
| 42 | 67.184.136.82 | 1/4/14 02:02:32 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Aurora |
| 43 | 67.167.0.203 | 1/4/14 08:19:19 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Chicago |
| 44 | 98.213.204.30 | 1/3/14 02:08:31 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Rockford |
| 45 | 98.206.134.193 | 1/3/14 12:02:26 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Chicago |
| 46 | 50.179.25.214 | 1/2/14 08:08:09 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Chicago |
| 47 | 98.253.107.29 | 1/2/14 04:13:58 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Forest Park |
| 48 | 50.151.99.184 | 1/2/14 03:02:33 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Robbins |
| 49 | 71.57.18.124 | 1/1/14 11:16:14 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Bartlett |

Charlie Countryman-E47469-1-50.xls

| 50 | 50.200.59.194 | 1/1/14 10:42:58 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E47469|C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Chicago |

Page 2